UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-123-GWU

ANTHONY BARTLEY, PLAINTIFF,

VS.  **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

* * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1) the Defendant's motion for summary judgment is GRANTED;

(2) the Plaintiff's motion for summary judgment is DENIED; and

(3) the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 26th day of March, 2008.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**